JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN BUENAVENTURA,<br><br>     Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY RISK RETENTION GROUP, INC.<br><br>     Defendants. | CASE NO. CV 06-05291-MMM(CWx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 14, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE